UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:12-CR-20-FL-1
Civil No. 4:15-CV-164-FL

DEVONNE LAMAR MOORE,                )
                                    )
                    Petitioner,     )
                                    )              ORDER
        v.                          )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                    Respondent.     )

    Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

    SO ORDERED, this the 19th day of October, 2015.

_____
Louise W. Flanagan
United States District Judge